IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE

KARIN STEELE

    Plaintiff,

Vs.

SAM'S EAST, INC., d/b/a SAM'S CLUB

    Defendant.

FILED IN OFFICE
2022 JUN 23 PM 3:15
LARRY L. HENRY, CLERK
BY _____ DC

DOCKET NUMBER: 22C658

DIVISION: _____

## COMPLAINT

1. Comes the Plaintiff, by and through Counsel and avers:

2. Plaintiff, Karin Steele, a resident of Chattanooga, in Hamilton County Tennessee, and was a customer at the Sam's Club, located on Lee Highway, in Chattanooga, Hamilton County, Tennessee in September 11, 2021.

3. Defendant is licensed and authorized to do business in the State of Tennessee.

4. On September 11, 2021, while shopping at Sam's Club, an employee of Sam's Club, was operating a shopping cart caddie used to transport many carts from one place to another. The "cart caddie" struck the Plaintiff with the train of shopping carts causing injury to the Plaintiff.

5. The injury was caused solely by Defendant's employee's improper, negligent, statutory and/or other regulatory violating behavior, i.e a duty to exercise reasonable care with regard to business invitees onto their property. The injury was caused by the Defendants' employee, for whose actions defendants are liable. The employee had notice of the hazardous condition and ample opportunity to avoid striking Plaintiff.

6. Defendant, failed to provide Plaintiff a safe place to shop.

7. As a result of said incident the Plaintiff was caused to sustain serious permanent personal injury, with all attendant losses.

**EXHIBIT B**

8. WHEREFORE, PLAINTIFF PRAYS for judgment against the Defendants in the amount of $68,000.00 and/or other proper relief to which Plaintiff may be entitled.

Respectfully submitted,

MCMAHAN LAW FIRM

BY: *[signature]*

Herbert A. Thornbury, BPR # 01449
Attorneys for the Plaintiff
PO Box 11107
Chattanooga, TN 37401
423-265-1100-phone
423-756-8120-fax
herbert@mcmahanlawfirm.com

IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE

KARIN STEELE

    Plaintiff,

Vs.

SAM'S EAST, INC., d/b/a SAM'S CLUB

    Defendant.

DOCKET NUMBER: 22C658

DIVISION: _____

FILED IN OFFICE
2022 JUN 23 PM 3: 10
LARRY L. HENRY, CLERK
BY ____*____ DC

## COST BOND

The undersigned acknowledges and binds the undersigned for the payment of all costs in this Court which may at any time be adjudged against Karin Steele hereafter, "principle", in the event said principle shall not pay the same if so ordered by this Court.

Witness my hand this _____ day of _____, 20___

McMahan Law Firm, PC

By: _____
Herbert A. Thornbury, BPR # 1449
Attorneys for the principle
PO Box 11107
Chattanooga, TN 37401
423-265-1100-phone
423-756-0184-fax
herbert@mcmahanlawfirm.com