IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| KARIN STEELE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) |
| | ) No. 1:23-cv-00004 |
| SAM'S EAST, INC., | ) JURY DEMAND |
| | ) |
| Defendant. | ) |

**AGREED STIPULATION AND ORDER OF
FINAL DISMISSAL WITH PREJUDICE**

This matter came before the Court on the parties' joint motion for entry of an agreed stipulation and order of final dismissal with prejudice pursuant to Fed. R. Civ. P. 41. It appears to the Court, as evidenced by the signatures of the parties' respective counsel below, that all matters in controversy have been compromised and settled. Further, plaintiff and plaintiff's counsel represent, by plaintiff's counsel's signature below, that she has or will comply with all requirements of T.C.A. § 71-5-117 regarding TennCare and Medicare, that plaintiff has no child support liens or arrearages outstanding or currently owed, and that all liens, of any type or kind, including, but not limited to, TennCare and/or Medicare, will be satisfied by plaintiff from the settlement proceeds as required by law.

Based on the agreement of the parties, the joint motion of the parties, and the record as a whole, it appears to the Court that the parties' joint motion should be granted and that this matter should be dismissed with prejudice.

It is therefore ORDERED, ADJUDGED, AND DECREED that the parties' joint motion is hereby GRANTED and that this matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

1

IT IS SO ORDERED on this 29th day of April, 2024.

                                                          s/ *Susan K. Lee*
                                                        SUSAN K. LEE
                                                        UNITED STATES MAGISTRATE JUDGE

**APPROVED FOR ENTRY:**

s/ Maria T. de Quesada
G. Andrew Rowlett, No. 16277
Maria T. de Quesada, No. 24389
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203-1089
(615)244-3370
arowlett@howell-fisher.com
mdequesada@howell-fisher.com
Attorneys for Defendant

s/ Gerard Michael Siciliano (with express permission by MdQ)
Gerard Michael Siciliano, No. 09647
Herbert A. Thornbury, No. 1449
McMAHAN LAW FIRM, PC
701 Cherokee Blvd.
P. O. Box 11107
Chattanooga, TN 37401
herbert@mcmahanlawfirm.com
gerry@mcmahanlawfirm.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via the electronic filing system upon:

Gerard Michael Siciliano
Herbert A. Thornbury
McMAHAN LAW FIRM, PC
701 Cherokee Blvd.
Chattanooga, TN 37401
herbert@mcmahanlawfirm.com
gerry@mcmahanlawfirm.com

this the 29th day of April, 2024.

                                                        s/ Maria T. de Quesada